June 3, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

### WCW INTERNATIONAL, INC., AND CHRIS WILMOT, Appellants/Cross-Appellees

NO. 14-12-00940-CV
NO. 14-12-01077-CV                    V.
NO. 14-12-01139-CV


### JERRY W. BROUSSARD, RONNIE D. LABORDE, DAVID M. KERNION, DAVID O. STRICKLAND, CRAIG M. BOREL, KEVIN J. ROUSSEL, GEORGE A. LOWERY, AND CARLOS O. GIRON, Appellees/Cross-Appellants

_____

This court today heard a motion for rehearing and motion for en banc rehearing filed by appellant WCW International, Inc. We deny the motion for rehearing, deny the motion for en banc rehearing as moot, and order that this court's former judgment of March 4, 2014, be vacated, set aside, and annulled. We further order this court's memorandum opinion of March 4, 2014, withdrawn.

These causes, a consolidated appeal from the judgment in favor of appellees/cross-appellants, Jerry W. Broussard, Ronnie D. Laborde, David M. Kernion, David O. Strickland, Craig M. Borel, Kevin J. Roussel, George A. Lowery and Carlos O. Giron, signed September 21, 2012, were heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.


We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.